# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LARRY BOOKER,

    Plaintiff

v.

SGT. COOK, et al.,

    Defendants

Case No.: 2:25-cv-01603-APG-EJY

**Order Dismissing Case**

On March 4, 2026, I ordered plaintiff Larry Booker to show cause why this case should not be dismissed for failure to timely serve any defendant. ECF No. 9.  I advised Booker that if he did not respond to my order by March 27, 2026, I would dismiss the case without prejudice for failure to timely serve. *Id.*  Booker did not respond.

I THEREFORE ORDER that plaintiff Larry Booker's complaint (ECF No. 5) is DISMISSED without prejudice for failure to timely serve any defendant.  The clerk of court is instructed to close this case.

DATED this 31st day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE